BEFORE THE FIRST DIVISION, JULY 28, 1954

**No. 58293.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 214576–K (Philadelphia).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of transformers the same in all material respects as those the subject of Abstract 57622, the claim of the plaintiff was sustained.